UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
(732) 238-8758 (fax)
RCN 6680

In Re:

Samir W. Ibrahim

Order Filed on November 4, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    13-36682

Chapter:    13

Judge:    MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 4, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Robert C. Nisenson_____, the applicant, is allowed a fee of $ _____800.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____800.00_____ . The allowance is payable:

&#9746;  through the Chapter 13 plan as an administrative priority.

&#9744;  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____517.00_____ per month for _____27_____ months to allow for payment of the above fee.

*rev.8/1/15*

2

```
                        United States Bankruptcy Court
                            District of New Jersey
```

```
In re:                                                    Case No. 13-36682-MBK
Samir W. Ibrahim                                          Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3         User: admin              Page 1 of 1          Date Rcvd: Nov 04, 2016
                             Form ID: pdf903          Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2016.
db             +Samir W. Ibrahim,    165 Washington Avenue,    South Amboy, NJ 08879-2444

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2016 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor Samir W. Ibrahim rnisenson@aol.com,
               nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com
              William M.E. Powers, III    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecf@powerskirn.com
                                                                                             TOTAL: 6
```