UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
2015-1916

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000



Order Filed on July 24, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Samir W. Ibrahim

Case No.: 13-36682-MBK

Hearing Date: 07/25/2017

Judge: Honorable Michael B. Kaplan

Chapter: 13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 24, 2017**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Samir W. Ibrahim
Case No.: 13-36682-MBK
Caption of Order: ORDER CURING ARREARS AND PROVIDING
FOR FURTHER DEFAULT

Upon the motion of Powers Kirn, LLC, Attorney for JPMorgan Chase Bank, National Association, debtor's mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor shall commence curing post petition arrears through June 16, 2017, in the sum of $16,191.52 which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 8 | Payments @ | $1,365.96 | (08/16-03/17) | = | $10,927.68 |
| 4 | Payments @ | $1,315.96 | (04/17-07/17) | = | $5,263.84 |
| | Arrears to Cure: | | | = | $16,191.52 |

2. Post-petition funds in suspense totaling $486.52 shall be applied to reduce the arrears.
3. Movant acknowledges receipt of payment in the amount of $1,365.96 on February 20, 2017.
4. Movant acknowledges receipt of payment in the amount of $1,365.96 on April 3, 2017.
5. Movant acknowledges receipt of payment in the amount of $1,315.96 on April 28, 2017.
6. Debtor shall make an immediate payment of $3,000.00.
7. Debtor shall make a payment of $3,000.00 on or before July 30, 3017.
8. Post petition arrears of $5,657.12 shall be cured through the debtor's plan and are hereby added to the claim filed by the mortgagee.
9. Debtor shall resume regular monthly mortgage payments starting on August 1, 2017.
10. Should debtor default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.
11. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.