UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
2015-1916

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

**Order Filed on July 24, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Samir W. Ibrahim

Case No.: 13-36682-MBK

Hearing Date: 07/25/2017

Judge: Honorable Michael B. Kaplan

Chapter: 13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 24, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Samir W. Ibrahim
Case No.: 13-36682-MBK
Caption of Order: ORDER CURING ARREARS AND PROVIDING
FOR FURTHER DEFAULT

---

Upon the motion of Powers Kirn, LLC, Attorney for JPMorgan Chase Bank, National Association, debtor's mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor shall commence curing post petition arrears through June 16, 2017, in the sum of $16,191.52 which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 8 | Payments @ | $1,365.96 | (08/16-03/17) | = | $10,927.68 |
| 4 | Payments @ | $1,315.96 | (04/17-07/17) | = | $5,263.84 |
| | Arrears to Cure: | | | = | $16,191.52 |

2. Post-petition funds in suspense totaling $486.52 shall be applied to reduce the arrears.
3. Movant acknowledges receipt of payment in the amount of $1,365.96 on February 20, 2017.
4. Movant acknowledges receipt of payment in the amount of $1,365.96 on April 3, 2017.
5. Movant acknowledges receipt of payment in the amount of $1,315.96 on April 28, 2017.
6. Debtor shall make an immediate payment of $3,000.00.
7. Debtor shall make a payment of $3,000.00 on or before July 30, 3017.
8. Post petition arrears of $5,657.12 shall be cured through the debtor's plan and are hereby added to the claim filed by the mortgagee.
9. Debtor shall resume regular monthly mortgage payments starting on August 1, 2017.
10. Should debtor default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.
11. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Samir W. Ibrahim  
    Debtor

Case No. 13-36682-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Jul 25, 2017  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2017.  
db          +Samir W. Ibrahim,    165 Washington Avenue,    South Amboy, NJ 08879-2444

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2017                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2017 at the address(es) listed below:  
          Albert   Russo   docs@russotrustee.com  
          Albert   Russo   on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Albert   Russo (NA)   on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Denise E. Carlon   on behalf of Creditor    JPMorgan Chase Bank, National Association  
           bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com  
          Joel R. Glucksman   on behalf of Creditor   Old Bridge Municipal Utilities Authority  
           jglucksman@scarincihollenbeck.com  
          Robert C. Nisenson   on behalf of Debtor Samir W. Ibrahim rnisenson@aol.com,  
           nisensonlaw@aol.com;G2729@notify.cincompass.com;nisensonlaw@gmail.com  
          William M.E. Powers   on behalf of Creditor    JPMorgan Chase Bank, National Association  
           ecf@powerskirn.com  
          William M.E. Powers   on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
           ecf@powerskirn.com  
          William M.E. Powers, III   on behalf of Creditor    JPMorgan Chase Bank, National Association  
           ecf@powerskirn.com  
                                                                                                                                            TOTAL: 9