UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**ROBERT C.  NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

**Caption in Compliance with D.N.J. LBR 9004-2 (c)**

In Re:

SAMIR W. IBRAHIM

                              DEBTORS

Case No.: 13-36682
Judge:  Michael B. Kaplan

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO

### XX   CREDITOR'S MOTION or CERTIFICATION OF DEFAULT

### ☐   TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following (choose one):

1.        ☐        Motion for Relief from the Automatic Stay filed

                By                    , creditor.

A hearing has been scheduled for _____, 2018, at 9:00 a.m.

OR

**XX**      Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for May 1, 2018 at 10:00 a.m.

☐      Certification of Default filed by _____, creditor.

I am requesting a hearing be scheduled on this matter.

OR

☐      Certification of Default filed by Standing Chapter 13 Trustee I am

requesting a hearing be scheduled on this matter.

2.      I am objecting to the above for the following reasons (choose one):

☐      Payments have been made in the amount of $ _____ but have not been accounted for. Documentation in support is attached hereto.

☐      Payments have not been made for the following reasons and debtor proposes repayment as follows (explain **your answer**):_____

_____

_____

**XX**      Other **(explain your answer): Debtor will attempt to cure all arrears prior to hearing date so that plan completes on time.**

_____

_____

3.      This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4.      I certify under penalty of perjury that the foregoing is true and correct.

Date:  April 5, 2018                     /s/ Samir W. Ibrahim
                                       SAMIR W. IBRAHIM

**NOTE:**

1.      This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-

1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.*

2.    This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within ten (10) days of the filing of a *Creditor's Certification of Default* (under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions) or a Trustee's Certification of Default.*

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**