Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 13−36682−MBK
> Chapter: 13
> Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Samir W. Ibrahim
   165 Washington Avenue
   South Amboy, NJ 08879

Social Security No.:
   xxx−xx−1912

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☑   Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: March 28, 2019
JAN: vpm

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Samir W. Ibrahim  
    Debtor

Case No. 13-36682-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Mar 28, 2019  
                 Form ID: cscnodsc     Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2019.

```
db              +Samir W. Ibrahim,    165 Washington Avenue,     South Amboy, NJ 08879-2444
aty             +Wiliam M.E. Powers, III,    Powers Kirn, LLC,    PO Box 848,    Moorestown, NJ 08057-0848
cr              +Old Bridge Municipal Utilities Authority,     Scarinci & Hollenbeck, LLC,
                  c/o Joel R. Glucksman, Esq.,    1100 Valley Brook Ave.,    P.O. Box 790,
                  Lyndhurst, NJ 07071-0790
514406225       +Abn Amro Mortgage Grou,    2600 West Big Beaver Road,    Troy, MI 48084-3318
514406226       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
514406228      ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                  WILMINGTON DE 19801-2920
                 (address filed with court: Chase,    Po Box 1093,    Northridge, CA  91328)
514406235      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                 (address filed with court: Citifinancial,    300 Saint Paul Pl,    Baltimore, MD   21202)
514406230       +Chase,   201 N. Walnut St//de1-1027,    Wilmington, DE 19801-2920
514406229       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
514406231       +Chase,   324 W Evans St,    Florence, SC 29501-3430
514406232       +Chase Mht Bk,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
514406233       +Chase Mtg,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
514406234       +Chase Na,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
514406236       +Fdsb Macys,    9111 Duke Boulevard,    Mason, OH 45040-8999
514406237        Fremont Investment And L,    Pob 8208,    Orange, CA  92864
514406241       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
515409941       +JP Morgan Chase Bank,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
515409287       +JPMorgan Chase Bank, National Association,     c/o Zucker Goldberg & Ackerman,
                  200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
514406242       +Litton Loan Servicing,    4828 Loop Central,    Houston, TX 77081-2166
514406244       +Old Bridge Municipal Utilities,    71 Blvd West,    Cliffwood Beach, NJ 07735-6105
514406245       +Sst/cigpficorp,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
514517132        Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
514406246       +Wfds/wds,    Po Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 29 2019 00:20:39     U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 29 2019 00:20:36     United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
514406227       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 29 2019 00:23:42     Cap One,    Pob 30281,
                   Salt Lake City, UT 84130-0281
514406238       +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:23:28     Gemb/amazon,    Po Box 981400,
                   El Paso, TX 79998-1400
514406239       +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:23:28     Gemb/care Credit,    Po Box 981439,
                   El Paso, TX 79998-1439
514406240       +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:22:08     Gemb/sony The Wiz,
                   Po Box 981439,    El Paso, TX 79998-1439
514406243       +E-mail/Text: bkr@cardworks.com Mar 29 2019 00:19:10     Newport News,    101 Crossway Park West,
                   Woodbury, NY 11797-2020
                                                                                              TOTAL: 7
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                                                Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Mar 28, 2019
                              Form ID: cscnodsc        Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Joel R. Glucksman    on behalf of Creditor    Old Bridge Municipal Utilities Authority
               jglucksman@scarincihollenbeck.com
              Robert C. Nisenson    on behalf of Debtor Samir W. Ibrahim rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              William M.E. Powers    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecf@powerskirn.com
                                                                                             TOTAL: 9
```